UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY A. LAMARQUE, Warden, et al.,<br><br>　　　　Respondents. | 1:04-CV-05293-OWW-WMW-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Doc. 17) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 12, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's findings and recommendations of August 14, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   October 4, 2006**　　　　　　　　　　**/s/  William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE