1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RICHARD ANTHONY HERNANDEZ,          CASE NO. CV-F-04-5293 OWW WMW HC

12
                      Petitioner,       ORDER ADOPTING  FINDINGS AND
13                                       RECOMMENDATIONS RE
                                          PETITION FOR WRIT OF HABEAS CORPUS
14                   ⎯⎯⎯
                                         [Doc. 16]
15        vs.

16   ANTHONY A. LAMARQUE, Warden,
     et al.,
17
                      Respondent.
18   _____/

19
          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant
20
     to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.
21
     § 636(b)(1)(B) and Local Rule 72-302.
22
          On August 14, 2006, the Magistrate Judge filed findings and recommendations herein.  These
23
     findings and recommendations were served on the parties and contained notice to the parties that any
24
     objections to the findings and recommendations were to be filed within thirty days.  After receiving an
25
     extension of time, Petitioner filed objections on October 16, 2006.
26
          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo
27
     review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
28

1    Having carefully reviewed the entire file, the court finds the findings and recommendations to be

2   supported by the record and by proper analysis.

3          Based on the foregoing, it is HEREBY ORDERED  that:

4   1.      The findings and recommendations issued by the Magistrate Judge on

5          August 14,  2006, are a adopted in full;

6   2.      The Petition for Writ of Habeas Corpus is denied;

7   3.       The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.   IT
           IS SO ORDERED.

8   Emm0d6**Dated:    November 9, 2006**          **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28