

FILED
FEB 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICHARD ANTHONY HERNANDEZ,

vs.

ANTHONY A. LAMARQUE, Warden

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:04-CV-5293 OWW WMW HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:

NO ARGUABLE GROUND FOR HABEAS RELIEF
_____
_____

Dated:  2-7-07

OLIVER W. WANGER
United States District Judge